THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Herbert
 Matthews, Appellant.
 
 
 

Appeal From Charleston County
 John C. Few, Circuit Court Judge
Unpublished Opinion No. 2010-UP-210
Submitted March 1, 2010  Filed March 15,
 2010   
AFFIRMED

 
 
 
 Appellate Defender Elizabeth A. Franklin, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Senior Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, and Assistant Attorney General Harold M. Coombs, Jr., all of Columbia;
 and Solicitor Scarlett Anne Wilson, of Charleston, for Respondent.
 
 
 

PER CURIAM:  Herbert Matthews appeals his convictions for armed
 robbery, pointing and presenting a firearm, and possession of a firearm during
 the commission of a violent crime, and his corresponding thirty-year, five-year,
 and five-year sentences.  Matthews contends the trial court erred in denying
 his directed verdict motions.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following
 authority:  State v. Frazier, 375 S.C. 575, 581, 654 S.E.2d 280, 283
 (Ct. App. 2007) ("If there is any direct evidence or substantial
 circumstantial evidence reasonably tending to prove the guilt of the accused,
 an appellate court must find the case was properly submitted to the jury.").
AFFIRMED.  
PIEPER and GEATHERS, JJ., and CURETON, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.